FILED: October 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2301
(1:12-cv-02568-RDB)

_____

FIRST DATA MERCHANT SERVICES CORPORATION, a Florida corporation; FIRST DATA CORPORATION

        Plaintiffs - Appellees

v.

SECURITYMETRICS, INC., a Utah corporation

        Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:12-cv-02568-RDB |
| Date notice of appeal filed in originating court: | 10/22/2015 |
| Appellant | SecurityMetrics, Inc. |
| Appellate Case Number | 15-2301 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |